```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OZGUL HOLMGREN,

                        Plaintiff,

        -against-                                              23 Civ. 1878 (AT)

CULTIVATE BEHAVIORAL HOLDINGS GP,                              ORDER
CORP. and IMPERIAL CAPITAL GROUP LTD.,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/4/2023__

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated April 24 and May 1, 2023. ECF Nos. 26–27. Accordingly:

- Defendants' request for leave to file a motion to dismiss is GRANTED.
- Defendants' request to stay this action pending resolution of a parallel arbitration is DENIED.
- Defendants' request to stay discovery pending resolution of their motion to dismiss is DENIED.
- By **June 8, 2023**, Defendants shall file their motion to dismiss.
- By **June 29, 2023**, Plaintiff shall file her opposition papers.
- By **July 13, 2023**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: May 4, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge