```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
OZGUL HOLMGREN,

                Plaintiff,

-against-

CULTIVATE BEHAVIORAL HOLDINGS GP, CORP. and IMPERIAL CAPITAL GROUP LTD.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/7/2023__

23 Civ. 1878 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated June 26 and July 6, 2023. ECF Nos. 41, 46–47. Accordingly:

1. Defendants' request for leave to file a motion to stay is GRANTED.
2. By **July 21, 2023**, Defendants shall file their motion to stay.
3. By **August 4, 2023**, Plaintiff shall file her opposition papers.
4. By **August 11, 2023**, Defendants shall file their reply, if any.
5. Defendants' motion to compel arbitration and motion to dismiss, ECF No. 33, is DENIED without prejudice.
6. By **July 12, 2023**, Defendants shall file their amended motion to compel arbitration and dismiss the second amended complaint.
7. By **July 31, 2023**, Plaintiff shall file her opposition papers.
8. By **August 14, 2023**, Defendants shall file their reply, if any.

The Clerk of Court is directed to terminate the motion at ECF No. 33.

SO ORDERED.

Dated: July 7, 2023
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge